1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   ANDAWANITA HOLLOWAY,                    Case No.: 2:19-cv-01726-JAD-NJK
              Plaintiff(s),

12   v.                                             **ORDER**

13                                              [Docket No. 7]
     BERTHA ZEPEDA LOERA, et al.,

14            Defendant(s).

15        Pending before the Court is a stipulation to stay discovery, which the Court construes as a

16   stipulation to extend the deadline to hold the Rule 26(f) conference.  Docket No. 7; *see also* Fed.

17   R. Civ. P. 26(d)(1) (discovery does not generally begin until the Rule 26(f) conference).  So

18   construed, the stipulation is **GRANTED** and the deadline to hold the Rule 26(f) conference is

19   **EXTENDED** to March 18, 2020, with the resulting proposed discovery plan to be filed by March

20   25, 2020.

21        IT IS SO ORDERED.

22        Dated: November 18, 2019

23
24                                         _____
                                           Nancy J. Koppe
25                                         United States Magistrate Judge

26
27
28

                                                1