# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDWANITA HOLLOWAY,<br>　　　　Plaintiff(s),<br>v.<br>BERTHA ZEPEDA LOERA, et al.,<br>　　　　Defendant(s). | Case No.: 2:19-cv-01726-JAD-NJK<br>**ORDER**<br>(Docket No. 9) |

Pending before the Court is the parties' stipulation to stay discovery pending final settlement agreement. Docket No. 9. The parties seek a 60-day stay because Defendants have "agreed to tender their full insurance policy limits to all potential claimants to settle all claims arising out of the [] collision" that led to this case but Plaintiff, and other claimants, have been "unable to come to an agreement how to allocate the policy limits." *Id.* at 2. The Court previously extended the parties' Rule 26(f) conference to March 18, 2020, and their deadline to file their joint proposed discovery plan to March 25, 2020. Docket No. 8.

The Court construes the instant stipulation as a second request to extend those deadlines, which the Court **GRANTS**. Docket No. 9. The deadline to hold the Rule 26(f) conference is extended to May 18, 2020, and the deadline for the parties to file their joint proposed discovery plan is extended to May 25, 2020.

IT IS SO ORDERED.

Dated: March 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge