# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDWANITA HOLLOWAY,<br>    Plaintiff(s),<br>v.<br>BERTHA ZEPEDA LOERA, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01726-JAD-NJK<br>**Order**<br>[Docket No. 15] |

The parties announced more than six months ago that they had reached a settlement resolving this matter. Docket No. 7. Nonetheless, the parties have not dismissed this case and have instead repeatedly asked to delay any action in this matter so that Plaintiff can divvy up insurance policy limits with other plaintiffs in other cases. The parties are again requesting such delay, this time for an additional 90 days, so that an allocation can be negotiated between Plaintiff and these other plaintiffs. Docket No. 15. Perhaps referencing the potential for initiation of an interpleader action involving all claimants, the instant request also references an alternative course that the "policy limits might be tendered to the Court." *Id.* at 3. At this juncture, there appears to be no live controversy on the claims in this case and the Court is not inclined to continue allowing this case to gather dust on its docket when it appears the parties may have alternate avenues available to them.

Accordingly, the stipulation to extend (Docket No. 15) is hereby **DENIED** without prejudice. The parties are **ORDERED** to file, by June 2, 2020, either dismissal papers or a joint plan for this case to be resolved in an expeditious manner.

IT IS SO ORDERED.

Dated: May 19, 2020

_____
Nancy J. Koppe
United States Magistrate Judge