# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDWANITA HOLLOWAY,

    Plaintiff(s),

v.

BERTHA ZEPEDA LOERA, et al.,

    Defendant(s).

Case No.: 2:19-cv-01726-JAD-NJK

**Order**

[Docket No. 17]

Pending before the Court is a discovery plan. Docket No. 17. The Court hereby **SETS** a telephonic hearing on the discovery plan for 2:15 p.m. on May 28, 2020. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: May 26, 2020

                                                Nancy J. Koppe
                                              United States Magistrate Judge

1