**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendants
*Bertha Zepeda Loera and*
*FD Nevada, LLC, dba Famous Dave's*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDWANITA HOLLOWAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BERTHA ZEPEDA LOERA; FD NEVADA, LLC, d/b/a FAMOUS DAVES; DOES I through X, inclusive; ROE CORPRATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-01726-JAD-NJK<br><br>**Stipulation and Order Dismissing Action**<br><br>ECF No. 25 |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court

///
///
///
///
///
///

1

approve this stipulation, each side shall bear its own attorney's fees and costs.

DATED this 3 day of ~~September, 2019~~ Nov 20.

**RESNICK & LOUIS, P.C.**

TROY A. CLARK, ESQ.
Nevada Bar No. 11361
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
tclark@rlattorneys.com
Attorneys for Defendants
*Bertha Zepeda Loera and
FD Nevada, LLC, dba Famous Dave's*

DATED this 2 day of ~~September, 2019~~ November 20.

**LADAH LAW FIRM**

Ramzy Ladah, Esq.
Nevada Bar No. 11405
517 S. Third St.
Las Vegas, NV 89101
litigation@ladahlaw.com
Attorney for Plaintiff
*Savannah McMurtry*

## ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 11, 2020

2